UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**BARON JOHNSON**                                                    **CIVIL ACTION**

**VERSUS**                                                                  **NO: 10-3867-JCZ-SS**

**JAMES M. LeBLANC, et al**

### REPORT AND RECOMMENDATION

On November 20, 2010, Baron Johnson ("Johnson"), filed a complaint against, James M. LeBlanc, the Louisiana Department of Public Safety and Corrections, and others, seeking damages for false imprisonment. He refers to incidents occurring on September 13, 2010 and October 16, 2010. Rec. doc. 1. He was granted leave to proceed *in forma pauperis*. Rec. doc. 2. On February 11, 2011, Johnson filed a document in which he contended that mail addressed by him to the courts was tampered with. He demands $800 million in damages. Rec. doc. 5. He does not allege that he is incarcerated. The address provided with the complaint is 1236 Robinson Avenue, Marrero, Louisiana. Johnson reports that is the address of his mother.

The summons were issued as to all defendants. Rec. doc. 3. The action was referred to the assigned Magistrate Judge. Rec. doc. 6. Since the filing of the complaint, Johnson has not filed any evidence of service of the summons and complaint. The Federal Rules of Civil Procedure provide:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or upon its own initiate after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant. . . .

Fed. R. Civ. P. 4(m). The matter was set for the call docket on April 13, 2011. Rec. doc. 7. Johnson was notified of the requirements of Rule 4(m) and that his complaint would be dismissed

without prejudice if he did not file proof of service of the summons and complaint in the record. Johnson failed to appear for the call docket set for April 13, 2011. More than 120 days has elapsed since the filing of the complaint. It will be recommended that his complaint be dismissed without prejudice.

## RECOMMENDATION

IT IS RECOMMENDED that the complaint of Baron Johnson be DISMISSED WITHOUT PREJUDICE.

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) calendar days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 25th day of April, 2011.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**