UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BARON JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 10-3867-JCZ-SS** |
| **JAMES M. LeBLANC, et al** | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that the complaint of Baron Johnson be DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 19th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE